IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE G. BOYER, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 12-CV-1908-HB |
| MARIROSA LAMAS, et. al., | : | |
| Respondents. | : | |

**ORDER**

HARVEY BARTLE, III, J.

AND NOW, this **24th** day of **September** 2012, upon careful and independent consideration of the petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

i. The Report and Recommendation is APPROVED and ADOPTED.

ii. The petition for Writ of Habeas Corpus is DISMISSED without prejudice.

iii. There is no probable cause to issue a certificate of appealability.

iv. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
HARVEY BARTLE, III, J.